X Priority
X Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: SA CV 01-981 GLT (MLGx)                Date: November 23, 2004

Title: Fred Pierce et al. v. County of Orange et al.

PRESENT:

HON. GARY L. TAYLOR, JUDGE

Lisa Bredahl                                         None Present
Deputy Clerk                                         Court Reporter

ATTORNEY(S) PRESENT FOR PLAINTIFF(S):     ATTORNEY(S) PRESENT FOR DEFENDANT(S):
None Present                              None Present

PROCEEDINGS:    **Re: Scope of ADA Class**
[In Chambers]

The Court rules ADA disability evidence will be limited to conditions applicable to Plaintiff Conn and persons having a disability similar to his. The Ninth Circuit's decision in Armstrong v. Davis, 275 F.3d 849, 869 (9th Cir. 2001), is on point. In Armstrong the Ninth Circuit held a class certification was defective because the district court designated persons with kidney disabilities as members of the class, but the class did not include a named plaintiff with a kidney disability. Id. The Ninth Circuit concluded, "should the plaintiffs wish to maintain a claim on behalf of prisoners and parolees with kidney disabilities, they would have to amend the complaint to include one or more individuals with such disabilities among the named plaintiffs . . . ." Id.; see, e.g., Colo. Cross-Disability Coalition v. Taco Bell Corp., 184 F.R.D. 354, 357 (D. Colo. 1999) (indicating ADA class actions typically involve narrowly drawn classes).

Armstrong controls, and ADA disability evidence is limited accordingly.

DOCKETED ON CM
NOV 24 2004
BY

INITIALS OF DEPUTY CLERK ____

S:\GLT\LC1\Civil\2001\01-0981.MO.ADAClass.wpd