David D. Lawrence, Esq. [State Bar No. 123039]
E-Mail: dlawrence@lbaclaw.com
Christina M. Sprenger, Esq. [State Bar No. 205105]
E-Mail: csprenger@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI
A Professional Corporation
1600 North Broadway, Suite 1010
Santa Ana, California 92706
Telephone No. (714) 479-0180
Facsimile No.   (714) 479-0181

Wendy J. Phillips, Sr. Deputy [State Bar No. 178452]
E-Mail: wendy.phillps@coco.ocgov.com
OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE
333 W. Santa Ana Blvd., Suite 407
P.O. Box 1379
Santa Ana, California 92702-1379
Telephone No. (714) 834-3300
Facsimile No.   (714) 834-2359

Attorneys for Defendant,
COUNTY OF ORANGE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PIERCE, et al., | ) Case No. SACV 01-981 ABC(MLGx) |
| | ) Consolidated with |
| Plaintiffs, | ) Case No. CV 75-3075 ABC (MLGx) |
| vs. | ) |
| | ) **[PROPOSED] ORDER ON** |
| COUNTY OF ORANGE, et al. | ) **DEFENDANT'S AMENDED** *FINAL* |
| | ) **PLAN SUBMITTED PURSUANT TO** |
| Defendants. | ) **THE COURT'S JUNE 27, 2011** |
| ——————————————— | ) **ORDER** |
| JERRY E. STEWART, et al., | ) |
| | ) |
| Plaintiffs, | ) *[Notice of Lodging submitted* |
| vs. | ) *Concurrently Herewith]* |
| | ) |
| BRAD GATES, et al., | ) **MATTER FOR DETERMINATION** |
| | ) **BY THE HONORABLE AUDREY B.** |
| Defendants. | ) **COLLINS** |
| ——————————————— | ) |

# **TABLE OF CONTENTS**

**Page**

1. APPOINTED MONITOR ...................................................................1

2. DEFINITIONS ..................................................................................3

Class Members....................................................................................3

Short Term Modification Project (ST) ................................................3

Intermediate Term Modification Project (IT).....................................3

Long Term Modification Project (LT) ................................................3

Central Women's Jail (CWJ) vs. Intake Release Center (IRC) Module K .........3

Correctional Health Services (CHS)...................................................4

Classification.......................................................................................4

3. PLAN OVERVIEW (BY FACILITY)...........................................4

   A.   Theo Lacy Facility (TLF) Module O .........................................4

   B.   Intake Release Center (IRC) Booking Loop and First Floor ......8

   C.   Intake Release Center (IRC) Module K ....................................10

   D.   Intake Release Center (IRC) Module L.....................................12

   E.   Central Women's Jail (CWJ) (not currently occupied by inmates) ...........13

   F.   Central Men's Jail (CMJ) ..........................................................16

   G.   James A. Musick Facility (JAMF) ............................................18

   H.   System-wide Plans......................................................................19

   I.   Notice Of Rights.........................................................................22

4. ENFORCEMENT PROCEDURES ...............................................23

Pursuant to the Final Judgment entered concurrently with this Order, the Court ORDERS that the County be ENJOINED AND DIRECTED as follows, based upon the Findings of Fact and Conclusions of Law entered on January 7, 2011 following a bench trial (Docket No. 752), the Court's Rulings on Final Objections to the County's Proposed Amended Plan (Docket No. 772), and the Court's Order Re Final Proposed Plan and Final Judgment (Docket No. 776):

## DEFENDANTS' FINAL PLAN

### 1. APPOINTED MONITOR

A) Keith Rohman shall be appointed as a monitor to ensure compliance with the Final Plan, to report to the Court on the County's compliance, and to review and analyze the various records the County is ordered to gather and maintain.

B) The monitor shall have full access to all records and data maintained by the County in response to the Court's order, including but not limited to:

a) all grievances and responses thereto as part of the new grievance procedure to which the County has committed itself;

b) all requests for ADA accommodation, and responses thereto;

c) all communications to class members about their rights to programming and services;

d) all records of contact between CPT or deputies and class members regarding access to programs and services;

e) documentation regarding classes offered, refused, and taken by class members;

f) documentation of recreation offered, refused, and taken by class members;

g) documentation of transport of class members from MCJ, IRC, and WCJ to other facilities for recreation;

h) documentation of transport of class members from MCJ, IRC, WCJ and Theo Lacy for non-barrier visits; and

1

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

i) documentation of transport of class members from MCJ, IRC and WCJ to other facilities for vocational and educational programming.

C) In the first year of the injunction, the monitor shall make four annual inspections of all facilities affected by the Order, and two inspections during each of the remaining years of the injunctions;[1]

D) Upon request by the monitor and consent by the inmate, the monitor shall have the ability to meet with and talk to class members about compliance issues

E) The monitor shall prepare quarterly reports for each of the two years of the injunction in order to provide the Court and counsel with detailed findings of compliance and noncompliance

F) The monitor shall review all related training materials;

G) The monitor shall review all related policy and procedure manual amendments

H) The monitor shall receive reasonable compensation for these services, as determined by the Court.  In addition, the monitor may subcontract with experts or consultants to assist in the monitoring process (for example, a specialist in architectural modification) if such person is required. The monitor shall be compensated for these additional consultants, as determined by the Court.

I) The County shall, in accordance with a professional services agreement:

a) compensate the monitor for professional services;

b) reimburse the monitor for all expenses incurred by the monitor in performing the duties under this order; and

c) compensate and reimburse the expenses of any consultants, experts or other personnel retained to assist the monitor.

/ / /

---

[1] Pursuant to 18 U.S.C. § 3626(b), the injunction is terminable two years after entry.  Thereafter, Plaintiffs may seek an extension of the injunction.

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

## 2.    **DEFINITIONS**

**Class Members**:  The class is defined as inmates with mobility or dexterity disabilities, including wheelchair bound inmates.  As used herein, the term "'disability' means a disability as defined by the Court's Findings."  Rulings 6:23-24.  With regard to inmates with temporary or intermittent disabilities, the class includes "pretrial detainees whose impairments substantially limit a major life activity, regardless of duration."  See, Rulings 8:8-25.

**Short Term Modification Project (ST)**: A physical alteration, modification, or improvement that is estimated to be completed within one month of entry of the Final Judgment.

**Intermediate Term Modification Project (IT)**:  A physical alteration, modification, or improvement that is estimated to be completed within six months of entry of the Final Judgment.

**Long Term Modification Project (LT)**:  A large scale, complex physical alteration, modification, and/or improvement that requires a redesign and significant construction which is anticipated to take at least one year to complete.  Practices and project work in this category are governed by the County Contract Policy Manual (CPM) and the California Public Contract Code, otherwise known as the Uniform Public Construction Cost Accounting Act.   An Architect/Engineer ("A/E") contract must be secured to complete all design and modification specifications for these projects to ensure compliance with the Court's Final Judgment.  See, Exhibit 1 for a chart/timeline providing further details regarding this process.

**Central Women's Jail (CWJ) vs. Intake Release Center (IRC) Module K**:  The CWJ is temporarily unoccupied by inmates, and the majority of assigned staff members have been reallocated to other facilities.  This action was taken as a budgetary savings measure and as a consequence of the constraints imposed by the current decrease in inmate population throughout the Orange County Jail system.

The CWJ will continue to be unoccupied until the demands of the inmate population rise.  The Sheriff's Department expects this to occur in the future due to a number of reasons, primarily the securing of contracts to house federal prisoners.

The CWJ is the logical choice to house female class members and this Final Plan outlines the steps, construction, and other actions necessary to make this occur.  However, as the re-occupation of the CWJ is uncertain, Defendant also identifies a plan to utilize Module K in the IRC.

**Correctional Health Services (CHS)**:  Medical and mental health services are provided to all inmates by CHS, a division of the County's Health Care Agency (HCA).  CHS personnel will be responsible for working with security staff to identify class members, coordinate appropriate housing, and determine medical eligibility for programs.

**Classification**:  The Sheriff's Department's Special Services Bureau classifies each inmate to evaluate the security of all inmates and to take proactive and reactive steps to address security challenges, such as inmate violence.  The classification team has the primary duty of determining proper housing locations for all inmates.

## 3.   PLAN OVERVIEW (BY FACILITY)

The Sheriff's Department will house male class members in the Theo Lacy Facility (TLF) and the Central Men's Jail (CMJ).  Female class members will be housed in Module K of the Intake Release Center (IRC) until such time as the Central Women's Jail (CWJ) is re-occupied by inmates.

   A.   **Theo Lacy Facility (TLF) Module O.**

   1.   Module O at the TLF will house male class members.  This housing Module is made up of 5 Sectors containing 54 cells and a 12-bunk open dormitory:

         a.  Sector 37: 12-bunk open dormitory, two four-bunk cells

         b.  Sector 38: 16 one-bunk cells

4

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

    c.  Sector 39: 8 four-bunk cells

    d.  Sector 40: 8 four-bunk cells

    e.  Sector 41: 16 one-bunk cells

    f.  Sector 42: 4 one-bunk cells

2.  Male class members will be housed in the open dormitory (12 bunks), Cell 4 (4 bunks) of Sector 37, and Cell 3 of Sector 42 (one bunk).

3.  Class members are in the process of being transferred to the TLF and are currently being housed on the lower floor of Module O Sector 37.

4.  The following physical modifications to Sector 37 have been, or will be completed within the designated time periods:

    a.  Lower one phone (ST)

    b.  Add one accessible table (IT)

    c.  Adjust fixture height and add dexterity fixture control (IT)

    d.  Add grab bars and bench seat for shower (completed)

    e.  Lower the book shelf (ST)

    f.  Lower (or add a second) mirror (ST)

    g.  Move the toilet flush button (ST)

    h.  Lower the intercom (ST)

    i.  Lower posting of jail rules (ST)

5.  Cell 4 (four bunks) of Sector 37 will also house male class members. This cell already complies with a number of the Court's Findings.  The following physical modifications are proposed:

    a.  Add an accessible combination toilet and sink unit (IT)

    b.  Add grab bars (ST)

    c.  Add an additional mirror (ST)

    d.  Lower the intercom (ST)

6.  Class members housed in Cell 4 of Sector 37 shall have access to a dayroom with an accessible shower, toilet and other features.  The

5

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

upstairs dayroom of Module O Section 37 will be available to the class members housed in Cell 4 of Sector 37 if those class members do not have access to the dayroom available to the class members housed in the 12-bunk open dormitory of Sector 37.

7.  Male class members with classification restrictions or separation needs will be housed in Cell 3 of Module O Sector 42.  The following physical modifications have been completed, or will be completed shortly:

    a.  Adjust shower fixture height (ST)

    b.  Add grab bars and bench seat for shower (completed)

    c.  Lower the intercom (ST)

8.  The upstairs dayroom of Module O Sector 37 will be utilized for class members housed in Cell 3 of Sector 42. The following physical modifications are proposed:

    a.  Add grab bars and bench seat for shower (ST)

    b.  Adjust placement of shower controls (ST)

    c.  Lower shower bracket (ST)

    d.  Install one accessible toilet/lavatory unit along with grab bars (IT)

    e.  Modify table or replace table with swinging seats (IT)

    f.  Lower bookcase (ST)

9.  Male class members in Module O will be provided with outdoor recreation.  They may choose the Green Sector at the TLF if their classification status meets that of inmates housed in the Barracks and their medical conditions permit.  The following physical modifications are proposed to the TLF Green Sector:

    a.  Modify or lower water fountain (IT)

b.  Redesign toilet area to meet accessibility standards (install accessible toilet, adjust privacy walls, add grab bars) (LT)

10.  Those male class members who do not fulfill the classification requirements for outdoor recreation in the Green Sector at the TLF, and those class members who specifically request to stay in their housing area, will be provided with outdoor recreation in the Module. The following physical modifications are proposed to the outdoor recreation area within the Module:

a.  Remove or shift the privacy wall (IT)

b.  Add grab bars to toilet area (IT)

11.  A visiting booth in Module O is already accessible.  In addition, those male class members whose classification meets that of inmates housed at the James A. Musick Facility (JAMF) will be offered non-barrier visits in the Barracks visiting area of the TLF.[2]

12.  Male class members in Module O will be offered a full range of inmate program opportunities.  This will be accomplished by providing programs in the Module and in the Inmate Programs Building (IPB) or, if necessary, designated alternative locations in the Barracks area of the TLF.  Religious services will be provided in the Module or in the chapel.  Additionally, those male class members whose classification meets that of inmates housed at the JAMF and who have permitting medical conditions will be afforded the full range

---

[2] During trial, the visitation arrangements at the JAMF were referred to as "contact visits."  In fact, visitors are not allowed contact with any inmates.  Rather, inmates sit on one side of a four-foot wide table during visitation, and visitors sit on the opposite side; there is no glass or plastic partition between visitor and inmate. Accordingly, the equivalent of JAMF visitation (*i.e.,* visitation without a partition) is referred to herein as "non-barrier" visitation.

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

of programs and services offered at the JAMF by transporting the inmates to the JAMF when necessary.

13. The Sheriff's Department has a long term (LT) modification project to install an ADA accessible modular structure(s) for programs, which include(s) an ADA accessible bathroom in accordance with the Ruling. A preliminary concept has been developed and is being further researched.

14. The Correctional Programs Technicians (CPT) assigned to the TLF Module O inmate housing location will coordinate with the Deputies in Module O to facilitate programs and services for class members. The CPT will provide information regarding all available programs and services to class members in Module O, and document each contact with said inmates. The documented information will include whether or not each class member has requested a particular program or service. The CPT's supervisor will keep these records on file for three years. The Correctional Programs staff will make all programs and services provided in the IPB available to all class members with qualified classification and medical status.

15. The TLF will adjust its policies and procedures to accommodate the above provisions.  The policies will be in written form within one month of the entry of the Final Judgment and provided to the monitor and class counsel within 45 days of the entry of the Final Judgment. Staffing resources will be adjusted to provide additional personnel to escort and supervise male class members in Module O.

**B.**     **Intake Release Center (IRC) Booking Loop and First Floor.**

1. The Booking Loop will be utilized to receive, book, and process all incoming class members.  The Booking Loop contains the following number of counters:

        A. Women's Booking Area

            Classification/Interview - 2

            Fingerprint - 1

            Adjustable Livescan Machine - 1

        B. Men's Booking Area

            Classification/Interview - 3

            Fingerprint - 2

            Adjustable Livescan Machines - 3

            Detention Release Interview - 2

            ICE - 2 (not relevant to this proceeding)

        C.  Medical Interview/Triage Area - 3

2.   Specially purchased lift-capable wheelchair(s) or lift(s) will be obtained to raise and lower class members to the height of current counter space to facilitate interaction with jail personnel and processes. Deputies will be trained to properly operate and maintain these chair(s) or lift(s). (IT)

3.   All male class members will be processed and held in Cell 10 on the male side of the Booking Loop, which is accessible.  All female class members will be processed and held in Cell 5 on the female side of the Booking Loop, which is accessible.  Class members who have special or chronic medical needs will be specially accommodated or expedited through the booking process.

4.   All class members will be prepared for court in their housing locations and transported directly to awaiting vehicles.  They will not be required to remain in the Court Transfer area.

5.   All class members being released from custody will be specially accommodated in their housing modules.  All necessary release procedures will be conducted there, much the same as is done for

9

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

releases from the hospital.  Released class members will be taken directly to an exit location.

6. The Central Jail Complex (CJX) will adjust its policies and procedures to accommodate the above provisions.  The policies will be in written form within one month of the entry of the Final Judgment and provided to the monitor and class counsel within 45 days of the entry of the Final Judgment.

**C.**     **Intake Release Center (IRC) Module K.**

1. Module K at the IRC is made up of Sectors 9 through 14, containing 96 cells.

2. Female class members will be housed in Sector 13 of Module K until such time as the CWJ is re-opened.  Cells 3, 5, and 7 will be modified initially (IT), and further plans are being developed to provide cells and/or cell space for ten female class members.  The redesign of Sector 13 will include ADA compliant shower and toilet facilities in the dayroom (LT).

    a. These cells will serve as general population and special-needs housing for those class members with classification or separation orders.

    b. The following physical modifications are proposed for the Sector 13 dayroom:

        i.  Modification of one dayroom table (IT)

        ii. Lower phones and intercoms in dayroom (ST)

        iii. Lower posting of jail rules (ST)

    c. The Sheriff's Department has developed a plan for accelerated modifications to Module K, which can be accomplished by February 28, 2012.  <u>See</u>, Ruling 13:22-26.   The modifications

10
ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

will include accessible toilet and shower facilities in the Module K dayroom.

3. Female class members in Module K will be provided with outdoor recreation.  If their classification status meets that of inmates housed at the JAMF and their medical conditions permit, they will be offered the outdoor area of the South Compound at the JAMF and will be transported to and from that facility.  Those who do not fulfill these requirements, and those who specifically request to stay in their housing area, will be provided with outdoor recreation in the Module. The following physical modifications are proposed for the outdoor recreation area inside the Module:

   a.  Redesign and construction of the toilet, sink area (IT)
   b.  Lower intercom (IT)

4. All female class members will be provided with their choice of non-barrier visits at the JAMF, or barrier visits in the Attorney Bonds area of the CWJ.   In the long term, a special lift will be installed on the stairway leading to the visiting booths in Module K to accommodate female class members (LT).

5. Female class members in Module K will be offered a full range of inmate program opportunities.  Programs currently offered at the IRC are proposed available to class members in the chapel/classroom at the IRC.  Religious services will also be made available to class members in the chapel/classroom.  Additionally, those female class members whose classification meets that of inmates housed at the JAMF and whose medical conditions permit will be transported to and afforded the full range of programs offered at the JAMF in accessible classrooms.

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

6.   The CJX will adjust its policies and procedures to accommodate the above provisions.  The policies will be in written form within one month of the entry of the Final Judgment and provided to the monitor and class counsel within 45 days of the entry of the Final Judgment.

7.   The CPT assigned to the Module K inmate housing location will coordinate with the Deputies in Module K to facilitate programs and services for class members. The CPT will provide information regarding all available programs and services to class members in Module K and document each contact with said inmates. The documented information will include whether or not each class member has requested a particular program or service. The CPT's supervisor will keep these records on file for three years. The Correctional Programs staff will make all programs and services available to all class members with qualified classification and medical status.

**D.   Intake Release Center (IRC) Module L.**

1.   Male class members with chronic or severe mental health illness will be housed in Cell 7 of Sector 17 in Module L.  The following physical modifications to this cell are proposed:

    a.   Install a grab bar adjacent to the ADA combination toilet-sink unit (ST)

    b.   Lower the mirror (ST)

    c.   Replace the floor mounted concrete and cinder block bunk with a free standing bunk or a wall hung bunk (LT)

2.   The Sheriff's Department will initiate the following physical modifications to the dayroom of Sector 17:

    a.   Install an ADA-compliant sink and toilet (LT)

    b.   Lower phones and intercoms (ST)

12

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

    c.  Modify table or replace table with swinging seats (IT)

    d.  Lower posting of jail rules (ST)

    e.  Modify existing shower for accessibility, or install accessible
       shower (LT)

3.  Male class members in Module K will be provided with outdoor recreation.  If their classification status meets that of inmates housed at the JAMF and their medical and mental health conditions permit, they will be offered the outdoor area of the West Compound at the JAMF and will be transported to and from that facility.  Those who do not fulfill these requirements, and those who specifically request to stay in their housing area, will be provided with outdoor recreation in the Module.  The following physical modifications are proposed for the outdoor recreation area inside the Module:

    a.  Redesign and construction of the toilet, sink area (IT)

    b.  Lower intercom (IT)

**E.**    **Central Women's Jail (CWJ) (not currently occupied by inmates).**

1.  The CWJ currently houses no inmates; however, rising inmate population demands will inevitably require the Sheriff's Department to utilize this facility.  When the need arises, the Sheriff's Department will ensure that female class members transferred to the CWJ will be housed in areas with ADA accessible features equal to or greater than their current housing locations at the IRC.  Counsel and the monitor will be permitted to inspect designated housing areas of the CWJ before class members are transferred there.  See, Rulings 16:27-17:2.

2.  Female class members will be housed in Tank 13 on the first floor. Tank 13 is open dormitory-style housing, and will be the primary housing location for all general population female class members in the future.  The following physical modifications are proposed:

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

a. Redesign and construction of the bathroom and dayroom areas for accessibility (LT)

b. Lower bookshelf (ST)

c. Lower intercom (ST)

d. Lower phones (ST)

e. Add heightened bunks to assist with inmate transfer (IT)

3. Female class members with classification restrictions or separation needs will be housed in Sheltered Living Cells 1 and 2, and Isolation Cell 3. These cells will receive the following modifications:

a. Lower intercom (ST)

b. Lower mirror (ST)

4. Female class members will be provided with showers in the first floor shower area, which will receive the following modifications:

a. Widen doorway (LT)

b. Adjust shower fixture (IT)

c. Modify grab bars (IT)

5. Cell 10 of the Infirmary is an accessible cell and the nearby dayroom can be utilized with the following modifications:[3]

a. Redesign and construction to enlarge the toilet/sink area to make them "fully accessible" (LT); <u>see</u>, Rulings 17:11-12.

b. Lower phone (IT)

c. Lower intercom (IT)

d. Lower mirror (ST)

6. Female class members in the CWJ will be provided with outdoor recreation. They may choose the outdoor area of the roof at the CWJ,

---

[3] The modifications to the sink and toilet will be completed before inmates are transferred in order to ensure that the facilities are as accessible as those in the prior housing. Rulings 17:13-16.

14

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

or the South Compound of the JAMF if their classification status meets that of inmates housed at the JAMF and their medical conditions permit. The following physical modifications are proposed for the roof area of the CWJ:

   a. Lower phone (IT)

   b. Lower bulletin board (ST)

   c. Modify water fountain (IT)

   d. Close the restroom on the roof of the CWJ to all inmates

7. Those female class members whose classification meets that of inmates housed at the JAMF and whose medical conditions permit will be afforded non-barrier visits at the JAMF or the non-barrier Attorney Bonds area of the CWJ.

8. Female class members in the CWJ will be offered a full range of inmate program opportunities. This will be accomplished by providing some programs and religious services in the second floor accessible classroom of the CWJ. Additionally, those female class members whose classification meets that of inmates housed at the JAMF and whose medical conditions permit will be offered the full range of programs offered at the JAMF.

9. The CWJ will adjust its policies and procedures to accommodate the above provisions when class members are moved to CWJ. See, Rulings 18:2-5.

10. The CPT assigned to the class member housing location will coordinate with the Deputies to facilitate programs and services for class members. The CPT will provide information regarding all available programs and services to class members in the CWJ and document each contact with said inmates. The documented information will include whether or not each class member has

15

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

requested a particular program or service. The CPT's supervisor will keep these records on file for three years. The Correctional Programs staff will make all programs and services available to all class members with qualified classification and medical status.

F.   **Central Men's Jail (CMJ).**

   1.  The CMJ will house male class members in Ward C, Ward D, and the Sheltered Living cells on the second floor.  These areas will receive the following modifications:

   a.  Wards C & D

      i.  Redesign of bathroom and shower area (LT).  The Ward C renovation will be expedited by a Work Change Order for an existing project.  The work will be completed no later than February 28, 2012.  See, Rulings 18:14-17.

      ii.  Lower mirror (ST)

      iii.  Lower posting of jail rules (ST)

      iv.  Lower phone (IT)

      v.  For dayroom provide accessible cable (ST)

   b.  Sheltered Living Cells 1, 3, and 4 are largely accessible and the dayroom/shower area will accommodate male class members. These areas will receive the following proposed modifications:

      i.  Dayroom/shower area (to be completed within four months of Final Judgment)  Rulings 18:22-24.

         a.  Modify shower (IT)

         b.  Modify sink (IT)

         c.  Lower mirror (ST)

         d.  Adjust grab bars (IT)

      ii.  Cells 1, 3, and 4

         a.  Relocate the flush valve in all three cells (IT)

16

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

     b. Add grab bar in Cell 3 (IT)

2. Male class members in the CMJ will be provided with outdoor recreation.  They may choose the Green Sector at the TLF, or the JAMF, if their classification status and medical conditions permit.  The roof recreation area at the CMJ will be used by class members whose classification level does not meet these criteria, and by class members who opt to have their recreation there.  Class members who are transported to the TLF or the JAMF for outdoor recreation will be assisted by the CPT in coordinating that activity.  The following modifications are proposed for the roof recreation area of the CMJ:

     a. Install continuous hand rails above ramp (ST)

     b. Install warning curb on outside of ramp (IT)

3. Documentation regarding the transport of class members housed in Wards C and D to and from the dayroom shower will be maintained and provided to the monitor consistent with the County's documentation proposal.

4. The CJX will adjust its training and its policies and procedures to accommodate the above provisions.  The policies and procedures will be in written form within one month of the entry of the Final Judgment and provided to the monitor and class counsel within 45 days of the entry of the Final Judgment.  See, Rulings 18:25-27.

5. The CPT assigned to the class member housing location will coordinate with the Deputies to facilitate programs and services for class members. The CPT will provide information regarding all available programs and services to class members in the CMJ and document each contact with said inmates. The documented information will include whether or not each class member has requested a particular program or service. The CPT's supervisor will

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

keep these records on file for three years. The Correctional Programs
staff will make all programs and services available to all class
members with qualified classification and medical status.

6. Those male class members whose classification meets that of inmates
housed at the JAMF and whose medical conditions permit will be
offered non-barrier visits in the Attorney Bonds area of the CMJ.

G. **James A. Musick Facility (JAMF).**

1. The JAMF will be utilized to provide outdoor recreation to those class
members whose classification level meets that of inmates housed at the
JAMF and whose medical conditions permit.

2. The JAMF will also be utilized to provide non-barrier visits to all
female class members while the CWJ is not occupied, and to those
male class members whose classification meets that of inmates housed
at that facility.

3. A full range of programs will be offered to all class members whose
classification level meets that of inmates housed at the JAMF and
whose medical conditions permit. Class members will be transported
to and from the JAMF for that purpose.

4. The following Vocational Programs and Classes are currently being
offered at the JAMF: cabinetry; sewing; stained glass; welding;
Mothers of Preschoolers (MOPS); job development; and "Sew Much
Comfort."

5. The Sheriff's Department is prohibited by contract and law from
allowing the ICE Detainees housed at the JAMF to participate in
Vocational Classes. For that reason, and due to the overall low inmate
population, there are no longer enough inmates to make it cost
effective to provide these Vocational Classes in the future.
Consequently, the Sheriff's Department has begun the process of

18

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

eliminating these classes. In the interim, the CPT will provide information regarding all JAMF vocational classes to class members in TLF Module O, IRC Module K, and CMJ locations, and will document each contact with said inmates. Those inmates who meet the classification requirements and have permitting medical conditions will be transported to JAMF for the respective classes.

6. The information documented by the CPT will include whether or not each inmate has requested a particular vocational program or class. The CPT's supervisor will keep these records on file for three years.

**H.** **System-wide Plans.**

1. Compliance

   a. Facility Compliance

   The Inmate Services Division and each Jail Division will identify a facility compliance officer who will conduct meetings with staff, ensure overall compliance with this Court's Final Judgment, coordinate training, and review grievances.  Janet Hayes of the S.A.F.E. Division will serve as the Sheriff's Department's Compliance Coordinator with regard to this Court's Final Judgment.

   b. Plaintiffs' Counsel's Access and Responsibilities

   Plaintiffs' counsel will have an ongoing role to review the reports of the monitor, make reasonable inspection of the jail facilities, communicate with class members, and seek enforcement of the injunctive relief order if non-compliance is found.  To facilitate this process, the County will cooperate with the monitor and:

   i)  Grant Plaintiffs' counsel the ability to participate in two on-site inspections conducted by the monitor within the

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

first year following entry of the Final Judgment and to conduct one additional inspection in the second year. After the expiration of two years, if Plaintiffs seek to extend the injunction, they may conduct an additional inspection in preparation for any motion to extend the injunction;

ii) Provide Plaintiff's counsel with the ability to review, upon reasonable request, all relevant compliance documentation maintained by the County while the injunction is in effect;

iii) Provide Plaintiff's counsel with copies of the relevant training materials, and policies and procedures developed pursuant to the Court's Final Judgment, while the injunction is in effect; and

iv) Provide Plaintiffs' counsel with the opportunity to meet with class members, upon reasonable notice to the County.

c. <u>CHS/Classification</u>

CHS will be responsible for identifying potential class members during the triage process. CHS will collaborate with Classification to maintain a database for all class members to ensure they are appropriately housed and receive all eligible programs and services. Classification will provide ongoing and continuous review of all class members.

2. <u>Special Needs Class Members</u>

Those class members with mental health conditions or disorders will be accommodated in the above identified housing areas. Male class members will be housed in Module L and female class

20

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

members in Module K.  Those class members with severe mental health disorders will be cared for at the hospital, consistent with the treatment of non-class member inmates.

3.  Training

Training will be given to all transportation personnel, programs staff members, and security staff members assigned to housing locations where class members are housed.  Specific training will be provided to ensure that staff members meet their obligations to: explain transportation opportunities; coordinate with Inmate Programs staff regarding class availability; coordinate transportation; and document all class members who are offered programs, or transported to other facilities for programs.  The training curriculum will include applicable law, this Court's Final Judgment, policies and procedures, and proper documentation. See, Rulings 12:18-20. Training will be provided by an individual(s) qualified to train personnel on ADA-related topics.

4.  Policies & Procedures

The Sheriff's Department will incorporate the Final Judgment into its Jail Operations Manual (JOM).

5.  Documentation

a.  The Sheriff's Department will create a process to document, report, and monitor the visitation of all class members. See, Rulings 19:5-7. This documentation will include all requests for visits, when and where the visits were conducted, and whether the visitation was denied due to the inability to accommodate the class member's disability.  Qualifying class members will also be "informed in writing that they are entitled to request

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

non-barrier visits at the JAMF and the CMJ/CWJ." These records will be maintained for three years. <u>See</u>, Rulings 15:2-8.

   b. The Sheriff's Department will document, report, and monitor class member contacts, offers of programs, transportation for programs (<u>see</u>, Rulings 19:8-10), program attendance, visitation, shower access, dayroom use, and recreation. Documentation will be maintained for three years and provided to the monitor on a quarterly basis. <u>See</u>, Rulings 12:18-20.

   c. Documentation of staff training will be maintained for three years and provided to the monitor on a quarterly basis. Id.

I.   **<u>Notice Of Rights</u>.**

  1. The County will ensure that notices are posted at a level that is readable by class members, including those in wheelchairs.

  2. The County will provide an accessibility compliance officer for each facility, with a minimum of six hours of training on accessibility standards, their application in jail settings, and the compliance officer's responsibilities to process and respond to requests for accommodation and/or complaints of denial of access to programs and services. The compliance officer will meet with staff and the monitor on a quarterly basis to ensure compliance with the Final Judgment.

  3. The County has instituted a new grievance process which will take effect within the short term, and is designed to maintain and track all inmate grievances which raise claims under the ADA. The new grievance process includes a database that will store and permit tracking of ADA grievances, and incorporates the other aspects of the grievance process that this Court has already approved.

/ / /

/ / /

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

**4.**   **ENFORCEMENT PROCEDURES**

1.  The Court has appointed a monitor to gather information, assess the County's compliance with the Final Judgment and injunction, and provide the parties and the Court with reports identifying non-compliance and recommendations for further modifications. <u>See</u>, Rulings 2:26-3:1.

3.  Upon reasonable cause to allege non-compliance, Plaintiffs' counsel shall provide the Sheriff's Department with notice and opportunity to correct the non-compliance or to make modifications.

4.  The parties shall endeavor in good faith to resolve reported disputes informally.  If an issue identified by Plaintiffs' counsel is not corrected or modified within 30 days of providing notice, either party may apply to the Court for a hearing regarding the issue.

5.  The injunctive relief is terminable two years after its entry in accordance with 18 U.SC. § 3626(b).

The Court will retain jurisdiction to ensure that the parties fulfill their obligations under the injunction and to resolve disputes and/or fashion relief as necessary to carry out the injunctive relief provisions.

**IT IS SO ORDERED**

Dated:  June 28, 2011        _Audrey B. Collins_____
                             AUDREY B. COLLINS
                             United States District Court Judge

Respectfully submitted,

LAWRENCE BEACH ALLEN & CHOI, PC

By_____/s/_____
       DAVID D. LAWRENCE
       CHRISTINA M. SPRENGER
       Attorneys for Defendant
       COUNTY OF ORANGE

23

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Donna Adams, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1600 N. Broadway, Suite 1010, Santa Ana, California 92706.

On June 28, 2011, I electronically filed the foregoing **DEFENDANT'S AMENDED *FINAL* PROPOSED PLAN SUBMITTED PURSUANT TO THE COURT'S JUNE 27, 2011 ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Dan Stormer      dstormer@hadsellstormer.com,tgalindo@hskrr.com
Virginia Keeny     vkeeny@hskrr.com,yanaya@hskrr.com
HADSELL STORMER KEENY RICHARDSON & RENICK, LLP

Richard P Herman      rherman@richardphermanlaw.com
A Law Corporation

Barrett S Litt     jwhite@littlaw.com,blitt@littlaw.com
LITT, ESTAUR, HARRISON, MILLER & KITSON, LLP

Wendy J Phillips      wendy.phillips@coco.ocgov.com
Orange County Counsel

 X      (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 28, 2011, at Santa Ana, California.

_____
Signature of Declarant

ORDER ON DEFENDANT'S *FINAL* PROPOSED PLAN