David D. Lawrence, Esq. [State Bar No. 123039]
E-Mail: dlawrence@lbaclaw.com
Christina M. Sprenger, Esq. [State Bar No. 205105]
E-Mail: csprenger@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI
A Professional Corporation
1600 North Broadway, Suite 1010
Santa Ana, California 92706
Telephone No. (714) 479-0180
Facsimile No.  (714) 479-0181

Wendy J. Phillips, Sr. Deputy [State Bar No. 178452]
E-Mail: wendy.phillps@coco.ocgov.com
OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE
333 W. Santa Ana Blvd., Suite 407
P.O. Box 1379
Santa Ana, California 92702-1379
Telephone No. (714) 834-3300
Facsimile No.  (714) 834-2359

Attorneys for Defendant,
COUNTY OF ORANGE

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PIERCE, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COUNTY OF ORANGE, et al.<br><br>        Defendants.<br>_____<br>JERRY E. STEWART, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BRAD GATES, et al.,<br><br>        Defendants. | Case No. SACV 01-981 ABC(MLGx)<br>Consolidated with<br>Case No. CV 75-3075 ABC (MLGx)<br><br>**[PROPOSED] JUDGMENT**<br><br><br><br><br><br><br><br><br><br>**MATTER FOR DETERMINATION BY THE HONORABLE AUDREY B. COLLINS** |

1    This matter came on for trial before the Court on February 9, 2010; the
2  Honorable Audrey B. Collins, District Court Judge presiding.  The parties have
3  submitted post-trial briefing and objections.  The evidence has been considered, the
4  issues have been heard, and the objections have been ruled upon.  Defendant has
5  submitted its Final Proposed Plan, which the Court has reviewed.
6    IT IS HEREBY ADJUDGED that the Court accepts Defendant's Final
7  Proposed Plan, that Plaintiffs are the prevailing party, and that judgment be entered
8  in favor of Plaintiffs.

Dated:  June 28, 2011    _____/s/ Audrey B. Collins_____
                         AUDREY B. COLLINS
                         United States District Court Judge

Respectfully submitted,

LAWRENCE BEACH ALLEN & CHOI, PC


By_____/s/_____
        DAVID D. LAWRENCE
        CHRISTINA M. SPRENGER
        Attorneys for Defendant
        COUNTY OF ORANGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Donna Adams, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1600 N. Broadway, Suite 1010, Santa Ana, California 92706.

On June 23, 2011, I electronically filed the foregoing **[PROPOSED] JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Dan Stormer      dstormer@hadsellstormer.com,tgalindo@hskrr.com
Virginia Keeny    vkeeny@hskrr.com,yanaya@hskrr.com
HADSELL STORMER KEENY RICHARDSON & RENICK, LLP

Richard P Herman    rherman@richardphermanlaw.com
A Law Corporation

Barrett S Litt    jwhite@littlaw.com,blitt@littlaw.com
LITT, ESTAUR, HARRISON, MILLER & KITSON, LLP

Wendy J Phillips    wendy.phillips@coco.ocgov.com
Orange County Counsel

 X    (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 23, 2011, at Santa Ana, California.

_____
Signature of Declarant