David D. Lawrence, Esq. [State Bar No. 123039]
E-Mail: dlawrence@lbaclaw.com
Christina M. Sprenger, Esq. [State Bar No. 205105]
E-Mail: csprenger@lbaclaw.com
Haiyang Allen Li, Esq. [State Bar No. 288063]
E-Mail: allenli@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI
A Professional Corporation
2677 North Main Street, Suite 370
Santa Ana, California 92705
Telephone No. (714) 479-0180
Facsimile No.  (714) 479-0181

Wendy J. Phillips, Sr. Deputy [State Bar No. 178452]
E-Mail: wendy.phillps@coco.ocgov.com
OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE
333 W. Santa Ana Blvd., Suite 407
P.O. Box 1379
Santa Ana, California 92702-1379
Telephone No. (714) 834-3300
Facsimile No.  (714) 834-2359

Attorneys for Defendant,
COUNTY OF ORANGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PIERCE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, et al.<br><br>Defendants.<br>―――――――――――――<br>JERRY E. STEWART, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BRAD GATES, et al.,<br><br>Defendants. | CASE NO. SACV 01-981 ABC(AJWx)<br>CONSOLIDATED WITH<br>CASE NO. CV 75-3075 ABC (AJWx)<br><br>[~~PROPOSED~~] ORDER ON THE ISSUE OF ATTORNEYS' FEES AND COSTS AND FURTHER STATUS REPORT TO THE COURT<br><br>Date: Under Submission<br>Time: N/A<br>Ctrm: N/A<br><br>*[Stipulation and Status Report filed concurrently herewith]*<br><br>**MATTER FOR DETERMINATION BY THE HONORABLE AUDREY B. COLLINS** |

1

[PROPOSED] ORDER ON ISSUE OF ATTORNEYS' FEES AND COSTS AND STATUS REPORT

1   The Court having reviewed the parties' Third Joint Status Report and
2   concurrently filed Stipulation on the issue of attorneys' fees and costs, and GOOD
3   CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:
4   Defendant shall pay to Plaintiffs' counsel the sum of $115,000.00 as full and
5   final resolution of all claims for attorneys' fees and costs remaining in this litigation in
6   accordance with the terms of the Settlement Agreement and General Release entered
7   into by the parties on June 25, 2014.
8   The parties shall file a further Status Report on or before September 30, 2014, to
9   advise the Court of the completion of the terms of the agreement.

**IT IS SO ORDERED.**

Dated: 8/6/14

_____
~~HONORABLE AUDREY B. COLLINS~~
Chief United States District Court Judge
George H. King